```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13427
    THOMAS H KENNEDY
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5542

-------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/19/06 and confirmed on 12/22/06.

    2.  The case was dismissed after confirmation, 12/05/2008.

    3.  The Debtor paid a total of $   3945.11 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
-------------------------------------------------------------------------------
DEBBIE SWINDLE             CHILD SUPPORT   NOT FILED         .00          .00
CAPITAL ONE BANK           UNSECURED         3274.18         .00        179.55
ROUNDUP FUNDING LLC        UNSECURED        17061.92         .00        935.54
ECHELON RECOVERY           UNSECURED        NOT FILED        .00          .00
HSBC                       UNSECURED        NOT FILED        .00          .00
JAMES BROPHY DDS           UNSECURED        NOT FILED        .00          .00
PEOPLES GAS                UNSECURED        NOT FILED        .00          .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00     20336.10         .00     20336.10
PRINCIPAL PAID          .00          .00      1115.09         .00      1115.09
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID              .00          .00      1115.09         .00      1115.09
The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   3000.00
and was paid $    344.00   direct and $   2656.00   through the plan.

The Trustee received $    174.02 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/11/09                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 06 B 13427 THOMAS H KENNEDY
```